# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-1064 / 24-1065    Caption: Peter Maldini v. Marriott International, Incorporated / Peter Maldini v. Accenture LLP

Argument Session For Which You Are Scheduled: September 24-27, 2024

Dates You Are Available To Argue in the Session (if any):
September 24, 2024; September 25, 2024; September 26, 2024; September 27, 2024

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:
None

Other Relevant Information:

Party(ies) You Represent:
Appellant, Accenture LLP

6/18/2024
Date

/s/ Devin S. Anderson
Counsel Signature

11/29/2021 SCC